JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. RODRIGUEZ,<br><br>Plaintiff<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>Defendant. | Case No. 2:24-cv-08081-MCS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: February 10, 2025

_____
MARC C. SCARSI
UNITED STATES DISTRICT JUDGE